# F. J. LEONARD v. E. J. SCHMIDT.[1]

January 26, 1917.

Nos. 20,113—(245).

New trial.

Action for assault and battery. Verdict for defendant. Appeal from order denying a new trial. Held: The verdict was not so palpably contrary to the evidence as to require a new trial. [Reporter.]

[1]Reported in 160 N. W. 1034.

Action in the district court for Scott county to recover $500 for assault and battery. The case was tried before Morrison, J., and a jury which returned a verdict in favor of defendant. From an order denying his motion for a new trial, defendant appealed. Affirmed.

*F. J. Leonard,* pro se.

*J. J. Moriarty,* for respondent.

PER CURIAM.

Plaintiff brought this action to recover damages for an assault and battery. The jury returned a verdict for defendant, and plaintiff appealed from an order denying a new trial. We find no reversible errors in the charge of the court nor in the rulings made at the trial, and the verdict is not so palpably contrary to the evidence as to require a new trial.

Order affrmed.